**Opinion filed January 11, 2018**



# In The

# Eleventh Court of Appeals

_____

## No. 11-17-00237-CV

_____

## IN THE INTEREST OF L.O., A CHILD

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. C47271**

## M E M O R A N D U M   O P I N I O N

Appellant, the mother of L.O., has filed in this court a motion to dismiss her appeal. In the motion, which is unopposed, Appellant asserts that she has "decided to not continue with the appeal," and she requests that this court dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

January 11, 2018                                                    PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.